# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 19-00631JVS(ADSx)<br>SACV 19-00632JVS(KESx)<br>SACV 19-00633JVS(ADSx) | Date | April 23, 2019 |
| Title | Theresa Brooke v. Marriott International, Inc.<br>Theresa Brooke v. Newage Garden Grove, LLC<br>Theresa Brooke v. PHG Irvine Park Place LLC | | |

Present: The Honorable  James V. Selna

| Lisa M Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:** (In Chambers) ORDER TO SHOW CAUSE RE DISMISSAL AND/OR SANCTIONS FOR FAILURE TO COMPLY WITH RULES

The Court, on its own motion, hereby ORDERS plaintiff to show cause in writing no later than **Noon on Wednesday, April 24, 2019**, why this action should not be dismissed and/or sanctions imposed for failure to comply with the Central District of California's General Order No. 14-01 and Local Rule 5-4.5.

As an alternative to a written response by plaintiff(s), the Court will consider the **delivery**, by **Noon on Wednesday, April 24, 2019**, of the required Mandatory Chambers Copies of the Complaint, Civil Cover Sheet and Notice of Interested Parties(Docket Nos. 1, 3(12) & 4(13)) to Judge Selna's Mandatory Chambers drop box on the 10th Floor of the Ronald Reagan Federal Bldg. & Courthouse, 411 West 4th Street, Santa Ana, California as an adequate response to the Court's Order to Show Cause.

                                                                                             : 00

Initials of Preparer  lmb